Timothy SULLIVAN; Michael Prosser, Plaintiffs–Appellants

v.

EL PASO CORP.; El Paso Marketing Energy Gas Corporation; El Paso Merchant Energy Gas Corporation, Defendants–Appellees.

No. 07–20340.

United States Court of Appeals, Fifth Circuit.

March 17, 2008.

Stuart M. Nelkin, Nelkin & Nelkin, Houston, TX, for Plaintiffs–Appellants.

Fraser Angus McAlpine, Akin Gump Strauss Hauer & Feld, Houston, TX, for Defendants–Appellees.

Before JONES, Chief Judge, DAVIS and GARZA, Circuit Judges.

---

PER CURIAM: *

After reviewing the record and considering the briefs and argument of counsel, we are satisfied the district court committed no reversible error.

Accordingly, we affirm the judgment of the district court essentially for the reasons assigned in its careful Memorandum Opinion and Order of April 2, 2007, 2007 WL 1032349.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.